AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Caleb Kenneth Fuller

)
)
)
)
)
)
)

Case: 1:23-mj-00122
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/9/2023
Description: Complaint W/ Arrest Warrant

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Caleb Kenneth Fuller                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ☒ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in a Restricted Building or Grounds, and
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:     06/09/2023                    _____
                                                        Issuing officer's signature

                                                        Moxila A. Upadhyaya
                                                        2023.06.09 12:05:23 -04'00'

City and state:          Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                        Printed name and title

| Return |
|---|
| This warrant was received on (date) 06/12/2023 , and the person was arrested on (date) 06/14/2023 at (city and state) Mankato, MN . |
| Date: 06/14/2023                    _____ <br> Arresting officer's signature <br><br> Max Tucker, Special Agent <br> Printed name and title |